UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
JOSEPH P. MAKECKI,

        Plaintiff(s)

    -against-

DAYTON T. BROWN, INC.,

        Defendant(s).
---------------------------------X

JUDGMENT

CV-02-2335 (ADS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
DEC 30 2003
LONG ISLAND OFFICE

A jury was selected December 15, 2003 and the trial commenced December 16, 2003 and the parties having presented evidence, authorities and argument, and having closed the evidence on December 29, 2003 and the jury having deliberated and returned a verdict on November 30, 2003,

**IT IS ORDERED AND ADJUDGED**, that Judgment is entered in favor of the defendant and against the plaintiff and the Complaint is dismissed on the merits.

Dated: December 30, 2003
Central Islip, New York

ROBERT C. HEINEMANN
CLERK OF COURT

By _____
                      er